UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-60868-CIV-MORENO

WARREN TARVER,

    Petitioner,

vs.

JULIE L. JONES, Secretary of the Florida
Department of Corrections,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING THE PETITION FOR FAILURE TO OBTAIN AUTHORIZATION PURSUANT TO 28 U.S.C. § 2244(b)(3)

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's federal habeas petition, filed on **April 7, 2016**. The Magistrate Judge filed a Report and Recommendation **(D.E. 4)** on **April 25, 2016** recommending that the petition be dismissed for failure to obtain authorization from the Eleventh Circuit Court of Appeals pursuant to 28 U.S.C. § 2244(b)(3). No objections were filed to the Report and Recommendation, although Petitioner did move for an extension of time to file his objections. *See* D.E. 5.

The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Petitioner's federal habeas petition is **DISMISSED** for lack of jurisdiction for failure of the Petitioner to obtain from the Eleventh Circuit Court of Appeals the authorization required by 28 U.S.C. § 2244(b)(3) with regard to the challenges to his convictions and sentences. It is further

**ADJUDGED** that Petitioner's Motion for Extension of Time to File Objections to the Report and Recommendation (D.E. 5) is **DENIED**, as Petitioner must receive authorization from the Eleventh Circuit to file a successive petition for habeas corpus.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 of May 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Patrick A. White

Counsel of Record

Warren Tarver
DC# L13572
South Bay Correctional Facility
Inmate Mail/Parcels
P.O. Box 7171
South Bay, FL 33493